NUMBER 13-06-543-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________


MEECORP CAPITAL MARKETS, L.L.C., ET AL., Appellants,


v.



TEX-WAVE INDUSTRIES, L.P., Appellee.

________________________________________________________


On appeal from the 28th District Court


of Nueces County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam


 Appellants, MEECORP CAPITAL MARKETS, L.L.C., ET AL., perfected an appeal
from an order entered by the 28th District Court of Nueces County, Texas, in cause
number 06-636-A. After the record and appellants' brief were filed, the parties filed
an agreed motion to dismiss the appeal. In the motion, the parties state that the trial
court signed an order dissolving the injunction the basis of this appeal. The parties
request that this Court dismiss the appeal, with each party responsible for its own
costs.

 The Court, having considered the documents on file and the agreed motion to
dismiss the appeal, is of the opinion that the motion should be granted. The agreed 
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 1st day of February, 2007.